IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VINCENT EMILIO, individually and on behalf of all others similarly situated,<br><br>   Petitioner,<br><br>v.<br><br>SPRINT SPECTRUM L.P. d/b/a SPRINT PCS,<br><br>   Respondent. | Case No, 08 CV 7147 (BSJ)<br><br>ECF Filed |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Richard I. Werder of Quinn Emanuel Urquhart Oliver & Hedges, LLP, with offices located at 51 Madison Avenue, New York, NY 10010, hereby appears on behalf of respondent SPRINT SPECTRUM L.P. in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
       August 20, 2008

By:  /s/ Richard I. Werder
     Richard I Werder
     Quinn Emanuel Urquhart Oliver &
     Hedges LLP
     51 Madison Avenue, 22nd Floor
     New York, New York  10010
     Tel:   (212) 849–7000
     Fax:   (212) 849–7100
     Email: *rickwerder@quinnemanuel.com*

     *Attorney for Respondent Sprint Spectrum L.P.*