UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
VINCENT EMILIO, individually and on behalf
of all others similarly situated,

                    Petitioner,        :   No. 08-CV-7147 (BSJ)

    -vs.-                          :   **NOTICE OF MOTION**
                                       :   **FOR ORDER**
SPRINT SPECTRUM L.P. d/b/a/ SPRINT PCS,   :   **GRANTING PETITION**

                    Respondent.      :   **ECF Filed**
------------------------------------------------------------------------X

      PLEASE TAKE NOTICE THAT, upon the accompanying Declaration of William R. Weinstein dated September 5, 2008 and the exhibits thereto, the accompanying memorandum of law, and upon the petition previously filed in this matter, Petitioner will move this Court, on October 10, 2008, before the Honorable Barbara S. Jones, United States District Court Judge, at the United States Courthouse located at 500 Pearl Street, New York, New York, for an Order, pursuant to Fed. R. Civ. P. 7(b) and Section 4 of the Federal Arbitration Act, 9 U.S.C. § 4, granting Petitioner's Petition and awarding the relief requested therein in its entirety.

Dated: New York, New York
         September 5, 2008

                                            SANFORD WITTELS & HEISLER, LLP

                                            By:    /s/ William R. Weinstein
                                                   William R. Weinstein (WW-4289)
                                          950 Third Avenue, 10th Floor
                                          New York, NY 10022
                                          (646) 723-2947

                                          ATTORNEYS FOR PETITIONER
                                          AND THE CLASS

TO:    Richard I. Werder
        QUINN, EMMANUEL, URQUHART,
           OLIVER & HEDGES, LLP
        51 Madison Avenue, 22nd Floor
        New York, NY 10010

        ATTORNEYS FOR RESPONDENT